# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WRIGHT, JEFFREY THOMAS § Case No. 11-83966
WRIGHT, JUDITH ANN §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $368,616.60        Assets Exempt: $47,616.60
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,193.13        Claims Discharged
                                                  Without Payment: $45,772.93

Total Expenses of Administration: $10,624.79

3) Total gross receipts of $ 18,817.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,817.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $331,885.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,624.79 | 10,624.79 | 10,624.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,583.14 | 28,710.06 | 28,710.06 | 8,193.13 |
| **TOTAL DISBURSEMENTS** | $385,468.14 | $39,334.85 | $39,334.85 | $18,817.92 |

4) This case was originally filed under Chapter 7 on September 09, 2011. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/21/2013          By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| State Farm Annuity; wife as beneficiary. | 1129-000 | 9,408.96 |
| State Farm Annuity; husband as beneficiary. | 1129-000 | 9,408.96 |
| **TOTAL GROSS RECEIPTS** | | **$18,817.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First National Bank | 4110-000 | 66,726.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfs Financial/Wachovia Dealer Servi | 4110-000 | 7,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Loancare Servicing Ctr | 4110-000 | 257,359.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$331,885.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,631.79 | 2,631.79 | 2,631.79 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 7,933.50 | 7,933.50 | 7,933.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 18.25 | 18.25 | 18.25 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 41.25 | 41.25 | 41.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,624.79 | $10,624.79 | $10,624.79 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | 2,197.14 | 2,366.89 | 2,366.89 | 675.45 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 26,130.00 | 26,343.17 | 26,343.17 | 7,517.68 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 25,256.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,583.14 | $28,710.06 | $28,710.06 | $8,193.13 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83966  
**Case Name:** WRIGHT, JEFFREY THOMAS  
WRIGHT, JUDITH ANN  
**Period Ending:** 05/21/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/09/11 (f)  
**§341(a) Meeting Date:** 10/17/11  
**Claims Bar Date:** 01/23/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Single Family Residence located at 15911 Aspen C | 343,200.00 | 0.00 | | 0.00 | FA |
| 2 | Wells Fargo Checking and Savings Account No. End | 601.56 | 0.00 | | 0.00 | FA |
| 3 | Usual and necessary household goods and furnishi | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Usual and necessary clothing and shoes. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding bands and costume jewelry. | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Portable Sewing Machine/misc hand tools | 200.00 | 0.00 | | 0.00 | FA |
| 7 | MetLife Family Endowment Policy No. 614901534; w | 0.00 | 0.00 | | 0.00 | FA |
| 8 | MetLife Life Insurance Policy 728206937; wife as | 3,687.82 | 0.00 | | 0.00 | FA |
| 9 | MetLife Whole Life Insurance Policy No. 59030368 | 3,901.66 | 0.00 | | 0.00 | FA |
| 10 | Bank One Corporation Universal Life Insurance Po | 225.56 | 0.00 | | 0.00 | FA |
| 11 | State Farm Annuity; wife as beneficiary. Objection to Exemption filed October 21, 2011. Order entered on May 2, 2012 disallowing claimed exemption. | 10,000.00 | 10,000.00 | | 9,408.96 | FA |
| 12 | State Farm Annuity; husband as beneficiary. Objection to Exemption filed October 21, 2011. Order entered on May 2, 2012 disallowing claimed exemption. | 10,000.00 | 10,000.00 | | 9,408.96 | FA |
| 13 | Northwestern Steel and Wire Co. Pension; value u | Unknown | 0.00 | | 0.00 | FA |
| 14 | 2007 Lincoln Towncar with 73,000 Miles. NADA Val | 13,300.00 | 0.00 | | 0.00 | FA |
| 15 | 19 year old Female Cat | 0.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$388,616.60** | **$20,000.00** | | **$18,817.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** January 17, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-83966 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | WRIGHT, JEFFREY THOMAS | | **Bank Name:** | Rabobank, N.A. |
| | WRIGHT, JUDITH ANN | | **Account:** | ****860366 - Checking Account |
| **Taxpayer ID #:** | **-***5964 | | **Blanket Bond:** | $296,000.00  (per case limit) |
| **Period Ending:** | 05/21/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/07/13 | {11} | Jeffrey and Judith Wright | Cash out value of annuity | 1129-000 | 9,408.96 | | 9,408.96 |
| 01/07/13 | {12} | Jeffrey and Judith Wright | Cash out value of annuity | 1129-000 | 9,408.96 | | 18,817.92 |
| 02/27/13 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $7,933.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 7,933.50 | 10,884.42 |
| 02/27/13 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $41.25, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 41.25 | 10,843.17 |
| 02/27/13 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $18.25, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 18.25 | 10,824.92 |
| 02/27/13 | 104 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,631.79, Trustee Compensation;  Reference: | 2100-000 | | 2,631.79 | 8,193.13 |
| 02/27/13 | 105 | American Express Bank, FSB | Dividend paid  28.53% on $2,366.89; Claim# 1; Filed: $2,366.89; Reference: | 7100-000 | | 675.45 | 7,517.68 |
| 02/27/13 | 106 | Chase Bank USA, N.A. | Dividend paid  28.53% on $26,343.17; Claim# 2; Filed: $26,343.17; Reference: | 7100-000 | | 7,517.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,817.92 | 18,817.92 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 18,817.92 | 18,817.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,817.92** | **$18,817.92** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****860366** | 18,817.92 | 18,817.92 | 0.00 |
| | **$18,817.92** | **$18,817.92** | **$0.00** |

{} Asset reference(s)

Printed: 05/21/2013 02:08 PM     V.13.13